**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD FORDYCE** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civ. No. 24-1342** |
| | : | |
| **KELLER WILLIAMS REALTY, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 18th day of September, 2024, it having been reported that the issues between the Parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.